IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 07-153M |
| THOMAS RIVERS, | : |
| Defendant. | : |

**DEFENDANT'S MOTION TO VACATE ORDER SEALING PROCEEDINGS**

Defendant, Thomas Rivers, by and through his undersigned counsel, Edson A. Bostic, Federal Public Defender, files the instant motion for an Order vacating this Court's prior Order temporarily sealing the proceedings in this matter.

In support thereof, it is averred as follows:

1. On August 22, 2007, Mr. Rivers came before this Court on an initial appearance. At that time, the Federal Public Defender's Office was appointed to represent him.

2. Because of special circumstances of which Counsel became aware regarding Mr. River's matter, Counsel orally moved this Court for an Order temporarily sealing the proceedings.

3. This Court granted the motion. Since that time, however, circumstances pertaining to Mr. River's case have changed. Therefore, the need to seal the record no longer exists.

4. Accordingly, Counsel is hereby requesting that this Court vacate its earlier sealing order.



FILED
AUG 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**WHEREFORE**, for all the above reasons, Defendant, Thomas Rivers, respectfully requests that this Court enter an Order vacating the earlier order sealing these proceedings.

Respectfully submitted,

_____
Edson A. Bostic
Federal Public Defender

Attorney for Defendant Thomas Rivers

Federal Public Defender's Office
District of Delaware
704 King Street, Suite 110
Wilmington, DE 19801
(302) 573-6010
ecf_de@msn.com

Dated: August 24, 2007

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| V. | : | Criminal Action No. 07-153M |
| | : | |
| | : | |
| THOMAS RIVERS, | : | |

**CERTIFICATE OF SERVICE**

The undersigned attorney for Defendant Rivers hereby certifies that on August 24, 2007 two (2) copies of Defendant's Motion to Vacate Order Sealing Proceedings were placed in a box in the United States District Court of the District of Delaware addressed to the following person:

Shawn Weede
Assistant U.S. Attorney
1007 Orange Street, Suite 700
Wilmington, DE 19801

/s/ Edson A. Bostic
Edson A. Bostic
Federal Public Defender

Attorney for Defendant Thomas Rivers

Federal Public Defender's Office
District of Delaware
704 King Street, Suite 110
Wilmington, DE 19801
(302) 573-6010
ecf_de@msn.com

Dated: August 24, 2007

3