IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-153M |
| THOMAS RIVERS, | : | |
| Defendant. | : | |

## ORDER

Having considered Defendant's Motion to Vacate Order Sealing Proceedings,

**IT IS HEREBY ORDERED** this __27__ day of __August__, 2007, that this Court's Order of August 22, 2007 temporarily sealing these proceedings is hereby vacated, and this matter will be filed on the Court's docket.

_____
Honorable Mary Pat Thynge
Magistrate Judge, United States District Court



FILED
AUG 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE