IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07- 112-UNA |
| | ) |
| THOMAS RIVERS, | ) |
| | ) REDACTED |
| Defendant. | ) |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about August 21, 2007, in the State and District of Delaware, Thomas Rivers, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a Glock .40 caliber pistol, serial number BFV685US, after having been convicted on or about October 23, 2006, of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

### NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count One of this Indictment, defendant Thomas Rivers shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

a Glock .40 caliber pistol, serial number BFV685US

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

FILED

AUG 2 8 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third party;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Shawn A. Weede
Assistant United States Attorney

Dated: August 28, 2007