AO 432
(Rev. 2/84)

Administrative Office of the United States Courts — DET HRG.

## WITNESS AND EXHIBIT RECORD

| DATE 8/29/07 | CASE NUMBER CR07-112 | OPERATOR KINCAID | | | PAGE NUMBER |
|---|---|---|---|---|---|
| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| Gov't's 1 | Copy of Deft's Arrest Record History | ID only | ID only |

FILED
AUG 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

* Exhibit provided to the Court for the purpose of today's hearing. Exhibit returned to the GvA.