# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Criminal Action No. 07-112-GMS |
| THOMAS RIVERS, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR A SCHEDULING CONFERENCE

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, hereby moves the Court to set a scheduling conference in the above-captioned case for the reasons set forth below.

1.      The Grand Jury returned an Indictment against the defendant on August 28, 2007.

2.      The pre-trial motions date was set for September 28, 2007. No pre-trial motions have been filed as of the date of this application.

WHEREFORE, the United States respectfully asks the Court to set a date for a scheduling conference in order to address the scheduling of trial in this matter. A proposed form of order is attached for the Court's convenience.

                                        Respectfully submitted,

                                        COLM F. CONNOLLY
                                        United States Attorney

                                    By: /s/ Shawn A. Weede
                                        Shawn A. Weede
                                        Assistant United States Attorney
                                        1007 Orange Street, Suite 700
                                        P.O. Box 2046
                                        Wilmington, Delaware 19899-2046

DATED:      October 3, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Criminal Action No. 07-112-GMS |
| THOMAS RIVERS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

IT IS HEREBY ORDERED this _____ day of _____, 2007, that

1. A scheduling conference in this matter will be held on the _____ day of _____ at _____.m. in Courtroom 4A, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware;

2. Because the Court finds that a brief continuance in this matter to permit the Court and the parties to meet and confer on the further scheduling of this case outweighs the interest of the defendant and the public in a speedy trial, IT IS FURTHER ORDERED that the time between the date of this Order and the date of the scheduling conference are excluded from computation of the Speedy Trial Act in the interests of justice, 18 U.S.C. § 3161(h)(8)(A).

_____
HONORABLE GREGORY M. SLEET
CHIEF UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

      I, Shawn A. Weede, hereby certify that on October 3, 2007, I caused the foregoing Motion for a Scheduling Conference to be served electronically on the following:

Edson A. Bostic, Esquire
Federal Public Defender's Office
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801
(302) 573-6010
Email: ecf_de@msn.com

                                            /s/ Shawn A. Weede
                                     Shawn A. Weede