UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 07-112-GMS |
| | : | |
| THOMAS RIVERS, | : | |
| | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

**PLEASE** add the appearance of Keir Bradford, Esquire as attorney and co-counsel of record on behalf of Defendant, Thomas Rivers, in the above-captioned matter.

/s/ _____
EDSON BOSTIC
Federal Public Defender
One Customs House
704 King Street, Suite 110
Wilmington, DE 19801
(302) 573-6010
ecf_de@msn.com

DATED: October 10, 2007