IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 07-112 GMS |
| | : |
| THOMAS RIVERS | |
| | : |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that sentencing hearing regarding the above-captioned case is rescheduled to **Tuesday, February 5, 2008, at 2:00 p.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge, United States Courthouse, 844 N. King Street, Wilmington, DE.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

November 20, 2007